| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Antoon II, John | 2. Court or Organization U.S. District Court, FLMD | 3. Date of Report 05/13/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III – Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address U.S. Courthouse 401 W. Central Blvd., Ste 6650 Orlando, Florida 32801-0665 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Historical Society of United States District Court, Middle District of Florida |
| 2. Chair | Vestry Committee of Church |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 18 A 11: 50 FINANCIAL DISCLOSURE OFFICE

Antoon II_John

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | State of Florida Pension | $57,014.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center Law and Society Program | 3/31/08-4/2/08 | Boston, MA. | Seminar | Transportation, Lodging, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. New Economy -Edu IRA American Funds | | None | J | T | | | | | |
| 2. New Perspective - Edu IRA American Funds | | None | J | T | | | | | |
| 3. Washington Mutual - Educ IRA American Funds American Funds | | None | J | T | | | | | |
| 4. New Economy - Roth IRA American Funds | | None | J | T | | | | | |
| 5. New Perspective - Roth IRA American Funds | | None | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. Washington Mutual - Roth IRA American Funds | | None | J | T | | | | | |
| 8. State of Florida Pension (value unascertainable) | | | | | | | | | |
| 9. Selected American Shares Cl S | | None | J | T | | | | | |
| 10. RVS Diversified Bond Fund Class A | | None | | | Sold | 10/08 | J | | |
| 11. RVS Strategic Allocation Fund | | None | | | Sold | 10/08 | K | | |
| 12. RVS Large Cap Equity Fund Class A | | None | | | Sold | 10/08 | J | | |
| 13. Alliance Cap Savings Acct for college | | None | K | T | | | | | |
| 14. Sun Trust Savings Acct. | A | Interest | K | T | | | | | |
| 15. Templeton Growth Class C | A | Dividend | J | T | | | | | |
| 16. Premium Savings Acct. - Wachovia Bank | A | Interest | J | T | | | | | |
| 17. i shares TR Lehman US Aggregate | C | Dividend | | | Sold | 11/08 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  i shares Tr Russell 2000 Gr | B | Dividend | | | Sold | 11/08 | J | A | |
| 19.  Dodge & Cox Int'l Stock Fund IRA | A | Dividend | K | T | | | | | |
| 20.  i shares Tr Russell 2000 Value Fund | A | Dividend | | | Sold | 11/08 | J | A | |
| 21.  Pimco Commodity Real Return Fund Inst. | B | Dividend | | | Sold (part) | 6/08 | J | B | |
| 22.  Harbor Bond Inst. | C | Dividend | | | Sold | 11/08 | K | A | |
| 23.  T. Rowe Price Int'l Bond | A | Dividend | | | Sold | 11/08 | K | A | |
| 24.  TCW Galileo DIV Focus | A | Dividend | | | Sold | 11/08 | K | A | |
| 25.  Vanguard Growth Fund | A | Dividend | | | Sold | 11/08 | K | A | |
| 26.  Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 27.  i shares Tr Russell 1000 Growth Fund | A | Dividend | | | Sold | 12/08 | J | A | |
| 28.  i shares Tr Russell 1000 Value Fund | A | Dividend | | | Sold | 12/08 | J | A | |
| 29.  i shares Tr Russell 2000 Index Fund | A | Dividend | | | Sold | 12/08 | J | A | |
| 30.  Real Estate Orange County | | None | L | W | | | | | |
| 31.  Dodge & Cox Int'l Stock Joint | A | Dividend | J | T | | | | | |
| 32.  Pimco Commodoity Real Return Fund Inst. | B | Dividend | | | Sold (part) | 11/08 | J | A | |
| 33.  iShares Tr Russell 3000 Index Fund | | None | K | T | Buy | 12/08 | K | | |
| 34.  Allianz NFJ Dividend Value | A | Dividend | J | T | Buy | 06/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Antoon II, John | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AllianzNFJ Dividend Value | | | | | Sold | 11/08 | J | A | |
| 36. JP Morgan Real Estate | | None | J | T | Buy | 11/08 | J | | |
| 37. Us Treasury Strip 11/15/2020 | | None | K | T | Buy | 11/08 | L | | |
| 38. US Treasury Strip 11/15/2015 | | None | L | T | Buy | 11/08 | L | | |
| 39. US Treasury Strip 11/15/2012 | | None | L | T | Buy | 11/08 | L | | |
| 40. i shares Russell 3000 Index Fund | A | Dividend | K | T | Buy | 11/08 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Antoon II, John | | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: Reference Part VII, line 5 - Last year's report erroneously listed this asset twice on lines 5 and 6 of that report. Line 6 has been deleted in this report.

Note 2: Reference Part VII, lines 10-12 - These assets were held in ████████████ liquidated in October 2008. The proceeds were treated as ordinary income.

Note 3: Reference Part VII, line 19 - the Dodge & Cox Int'l Stock Fund was reported last year as a single account when it actually was two accounts, an IRA and a ████account. It has been corrected here on line 19 and line 31.

Note 4: Reference Part VII, line 21 - the Pimco Commodity Real Return Fund Inst. was sold at two differnt times in 2008 as reflected in lines 21 and 32.

Note 5: Reference Part VII, line 35 - Allianz NFJ Dividend Value was purchased in June 2008 (see line 34) and sold in November 2008 (see line 35).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544